UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LINA MARIA OROVIO-HERNANDEZ,

Defendant

Criminal No. 25cr10045

Violations:

Count One: False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

Count Two: False Statement in Application for Passport
(18 U.S.C. § 1542)

Count Three: Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

Count Four: Theft of Government Money
(18 U.S.C. § 641)

Forfeiture Allegation:
(18 U.S.C. § 981(a)(1)(C) and
28 U.S.C. § 2461)

# INDICTMENT

## COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about April 16, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to her on a Massachusetts Registry of Motor Vehicles REAL ID application, when in fact such number is not the Social Security account

number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

<u>COUNT TWO</u>
False Statement in Application for Passport
(18 U.S.C. § 1542)

The Grand Jury further charges:

On or about November 26, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant claimed to be the individual whose name appeared on the application, claimed to be a United States citizen, claimed to have been assigned Social Security number xxx-xx-6657, and claimed to have been born on xx/xx/1973, which statements she knew to be false.

All in violation of Title 18, United States Code, Section 1542.

COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about November 26, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Statement in Application for a Passport, as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FOUR
Theft of Government Money
(18 U.S.C. § 641)

The Grand Jury further charges:

From in or about October 2011 through in or about January 2025, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, any money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $259,589 in Section 8 federal housing assistance benefits.

All in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count Four, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following asset:

a. $259,589 in United States currency, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JAMES J. NAGELBERG
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 6, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 2/6/2025 @ 1:27pm

DEPUTY CLERK