**Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts**

**Place of Offense:** Jamaica Plain **Category No.** II **Investigating Agency** DSS

**City** Jamaica Plain

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant Yes

Magistrate Judge Case Number ______

Search Warrant Case Number ______

R 20/R 40 from District of ______

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ [ ] Yes [x] No

Defendant Name Lina Maria Orovio-Hernandez Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name: ______

Address: Jamaica Plain, MA

Birth date (Yr only): 1966 SSN (last 4#): N/A Sex: F Race Hispanic-Other Nationality: Columbia

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: James J. Nagelberg Bar Number if applicable: 675656

**Interpreter:** [x] Yes [ ] No List language and/or dialect: Spanish

**Victims:** [x] Yes [ ] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [x] No

**Matter to be SEALED:** [x] Yes [ ] No

[x] Warrant Requested [ ] Regular Process [ ] In Custody

**Location Status:** ______

**Arrest Date:** ______

[ ] Already in Federal Custody as of ______ in ______.

[ ] Already in State Custody at ______ [ ] Serving Sentence [ ] Awaiting Trial

[ ] On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ______ [ ] Misdemeanor ______ [x] Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/6/2025 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Lina Maria Orovio-Hernandez

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 U.S.C. § 408(a)(7)(B) | False Representation of Social Security Number | 1 |
| Set 2 | 18 U.S.C. § 1542 | False Statement in Application for Passport | 2 |
| Set 3 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 641 | Theft of Government Money | 4 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**