UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINA MARIA OROVIO-HERNANDEZ,<br><br>Defendant | Criminal No. 25cr10045<br><br>Violations:<br><br>Count One: False Representation of Social Security Number (42 U.S.C. § 408(a)(7)(B))<br><br>Count Two: False Statement in Application for Passport (18 U.S.C. § 1542)<br><br>Count Three: Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1))<br><br>Count Four, Five, and Six: Receiving Stolen Government Money or Property (18 U.S.C. § 641)<br><br>Count Seven: Fraudulent Registration (52 U.S.C. § 20511(2)(A))<br><br>Count Eight: Fraudulent Voting (52 U.S.C. § 20511(2)(B))<br><br>Forfeiture Allegation: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

SUPERSEDING INDICTMENT

COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about April 16, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the Social Security account number

assigned by the Commissioner of Social Security to her on a Massachusetts Registry of Motor Vehicles REAL ID application, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT TWO
False Statement in Application for Passport
(18 U.S.C. § 1542)

The Grand Jury further charges:

On or about November 26, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant claimed to be the individual whose name appeared on the application, claimed to be a United States citizen, claimed to have been assigned Social Security number xxx-xx-6657, and claimed to have been born on xx/xx/1973, which statements she knew to be false.

All in violation of Title 18, United States Code, Section 1542.

COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about November 26, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Statement in Application for a Passport, as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR
Receiving Stolen Government Money or Property
(18 U.S.C. § 641)

The Grand Jury further charges:

From in or about October 2011 through in or about January 2025, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did, on a recurring basis, knowingly and willfully receive, conceal, and retain, with the intent to convert to her own use or gain, any money or thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $259,589 in Section 8 federal rental assistance benefits, which she knew to have been embezzled, stolen, purloined, or converted.

All in violation of Title 18, United States Code, Section 641.

COUNT FIVE
Receiving Stolen Government Money or Property
(18 U.S.C. § 641)

The Grand Jury further charges:

From in or about July 2014 through in or about January 2025, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did, on a recurring basis, knowingly and willfully receive, conceal, and retain, with the intent to convert to her own use or gain, any money or thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $101,257 in Social Security disability benefits, which she knew to have been embezzled, stolen, purloined, or converted.

All in violation of Title 18, United States Code, Section 641.

COUNT SIX
Receiving Stolen Government Money or Property
(18 U.S.C. § 641)

The Grand Jury further charges:

From in or about April 2005 through in or about January 2025, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

did, on a recurring basis, knowingly and willfully receive, conceal, and retain, with the intent to convert to her own use or gain, any money or thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $43,348 in Supplemental Nutrition Assistance Program benefits, which she knew to have been embezzled, stolen, purloined, or converted.

All in violation of Title 18, United States Code, Section 641.

COUNT SEVEN
Fraudulent Registration
(52 U.S.C. § 20511(2)(A))

The Grand Jury further charges:

On or about January 11, 2023, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Massachusetts of a fair and impartially conducted election process, by the procurement and submission of a voter registration application that she knew to be materially false, fictious, and fraudulent under the laws of the state in which the election was held, that is, OROVIO-HERNANDEZ submitted or caused to be submitted a voter registration form, which she knew to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Massachusetts, and caused this form to be delivered to the Registry of Motor Vehicles.

All in violation of Title 52, United States Code, Section 20511(2)(A).

<u>COUNT EIGHT</u>
Fraudulent Voting
(52 U.S.C. § 20511(2)(B))

The Grand Jury further charges:

On or about November 5, 2024, in the District of Massachusetts, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Massachusetts of a fair and impartially conducted election process, by the procurement, casting, and tabulation of a ballot that she knew to be materially false, fictious, and fraudulent under the laws of the state in which the election was held, that is, OROVIO-HERNANDEZ submitted or caused to be submitted a ballot in the name of E.C., which she knew to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Massachusetts, and caused this ballot to be delivered to the City of Boston Election Department.

All in violation of Title 52, United States Code, Section 20511(2)(B).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 641, set forth in Counts Four, Five, and Six, the defendant,

LINA MARIA OROVIO-HERNANDEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following asset:

a. $404,194 in United States currency, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JAMES J. NAGELBERG
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 22, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK at 3:07 PM