UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-cr-10045-PBS |
| | ) | |
| LINA MARIA OROVIO-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REVOCATION OF ORDER DENYING MOTION TO RECONSIDER DETENTION**

The United States of America, by and through the undersigned counsel, opposes the defendant's motion (Dkt. 78) pursuant to 18 U.S.C. § 3145(b) for revocation of the magistrate judge's order denying reconsideration of detention pending trial of defendant Lina Maria Orovio-Hernandez (Dkt. 76).[1] As grounds therefor, the government states that Chief Magistrate Judge Cabell correctly found that the defendant continues to pose a serious risk of flight and no condition or combination of conditions will reasonably assure her appearance. 18 U.S.C. § 3142(f)(2)(A). The parties' positions are laid out in their earlier filings that were considered by Chief Magistrate Judge Cabell. Dkt. 54 and 62.

The government joins in the defendant's request that this matter be heard at the hearing set for June 25, 2025 at 2:30 PM.

[1] Although labeled as an "appeal" pursuant to 18 U.S.C. § 3145(c), the government understands the defendant is asking this Court to revoke or amend a detention order by a magistrate judge pursuant to 18 U.S.C. § 3145(b), rather than seeking relief from the Court of Appeals.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ James J. Nagelberg*
JAMES J. NAGELBERG
Special Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3239
james.nagelberg@usdoj.gov

ALLEGRA FLAMM
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3249
allegra.flamm@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ James J. Nagelberg*
Special Assistant U.S. Attorney

Dated: June 24, 2025