UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
    )    NO. 1:25-cr-10045-PBS
v.    )
    )
    )
LINA MARIA OROVIO-HERNANDEZ    )

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

Now comes counsel for the defendant before this Honorable Court and respectfully moves to withdraw as counsel for the defendant. As reasons and grounds therefore, the defendant has requested counsel to withdraw from representing her further in this matter. Counsel respectfully seeks a hearing on this motion.

Respectfully Submitted,

Counsel for the defendant,

/s/ Jason Benzaken

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
jbenzaken@bmswlaw.com

Dated: March 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served upon all registered parties via the CM/ECF filing system.

/s/ Jason Benzaken
DATED: March 3, 2026